UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                      Case No. 17-cr-20007-1
                                          Hon. Matthew F. Leitman

v.

MARLIN BREWER,

      Defendant.

_____/

## ORDER TO RESPOND

Marlin Brewer has filed a Motion for Compassionate Release under 18 U.S.C. § 3582(c)(1)(A). (*See* Mot. for Early Release, ECF No. 123; Request for Release, ECF No. 126.)  **IT IS HEREBY ORDERED** that within **14 DAYS** the Government shall (1) respond to Brewer's motion and (2) obtain from the Bureau of Prisons and file under seal Brewer's prison medical records.

   **IT IS SO ORDERED**.

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                     UNITED STATES DISTRICT JUDGE

Dated:  August 12, 2020

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 12, 2020, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9761
