UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                             Case No. 17-cr-20007-1
                                              Hon. Matthew F. Leitman

v.

D1, MARLIN BREWER,

       Defendant.

_____/

**ORDER DENYING DEFENDANT'S MOTION FOR
COMPASSIONATE RELEASE AS MOOT**

On May 27, 2020, Defendant Marlin Brewer moved for compassionate release. The Government has filed a response explaining that Brewer has been released from custody. (*See* ECF No. 130.) For that reason, Brewer's motion is DENIED AS MOOT.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated:  December 18, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 18, 2020, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9761